AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.

AMARPREET SINGH

*Defendant(s)*

Case No. 25-mj-7243-JCB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 7, 2024 in the county of Middlesex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 641 | Theft of government funds |

This criminal complaint is based on these facts:

See Attached Affidavit of Special Agent Robert Quan.

☑ Continued on the attached sheet.

Robert Quan

*Complainant's signature*

Special Agent Robert Quan

*Printed name and title*

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a)

Date: 5:29 PM, Jun 4, 2025

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Jennifer C. Boal

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge

*Printed name and title*