# AFFIDAVIT

I, Robert Quan, state:

## *INTRODUCTION AND AGENT BACKGROUND*

1. I have been a Special Agent with the Internal Revenue Service, Criminal Investigation ("IRS-CI") since 2019. I am assigned to the IRS-CI Boston, Massachusetts Field Office, where I investigate financial crimes, including fraud and money laundering, among others.

2. I submit this affidavit in support of an application for a criminal complaint charging AMARPREET SINGH ("SINGH") with theft of government funds, in violation of 18 U.S.C. § 641, and for a warrant for SINGH's arrest.

3. As detailed below, SINGH purported to be the sole officer of a Massachusetts roofing company. In about May 2024, SINGH obtained a tax refund check that the U.S. Treasury had issued to California financial trust, not to the roofing company, but which had been altered to be payable to the roofing company. SINGH deposited the tax refund check into a bank account she controlled, and thereby stole $536,214.43 from the U.S. Treasury.

4. The facts in this affidavit come from my personal knowledge, information that other law enforcement agents provided, information I obtained through witness interviews, and my review of records described below. This affidavit is not intended to set forth all of the information that I have learned during this investigation and includes only the information necessary to establish probable cause for the requested complaint and arrest warrant.

## *PROBABLE CAUSE TO BELIEVE THAT A FEDERAL CRIME WAS COMMITTED*

Background

5. "The Bank" is headquartered in New York and has branches in Massachusetts.

6. According to United States Postal Service records, an individual named

AMARPREET SINGH receives mail at [redacted] Framingham, Massachusetts 01702.

7. On or about February 12, 2024, the Secretary of the Commonwealth received and processed a registration for Beattie Roofing Inc. as a Massachusetts corporation. The Articles of Incorporation listed Person 1 as the only officer of the company.

8. On or about March 19, 2024, the Secretary of the Commonwealth received and processed two filings for Beattie Roofing Inc.: a Statement of Appointment of Registered Agent for Beattie Roofing Inc. that listed SINGH as the Agent and that bore an electronic signature for SINGH with the title, "President"; and a Statement of Change of Supplemental Information that listed SINGH as the only officer.

9. Internal Revenue Service ("IRS") records show that in 2024, the IRS received a Form SS-4 requesting an Employer Identification Number ("EIN") for Beattie Roofing Inc. The IRS assigned Beattie Roofing Inc. the EIN [redacted]1962.

10. On or about April 5, 2024, SINGH opened a business checking account at the Bank in the name of Beattie Roofing, Inc., with an account number ending in 9989 (the "9989 Account"). The signature card for the account listed SINGH as the company's sole owner and used the EIN the IRS had assigned to Beattie Roofing Inc.. As part of the account opening process, the Bank obtained identifiers from SINGH including a New Jersey Driver's License with the number [redacted] and the address [redacted] Framingham, Massachusetts 01702.

11. I reviewed New Jersey Registry of Motor Vehicles ("RMV") records for SINGH that include the driver's license described above. Below is the image of SINGH in the RMV's file.



12. On or about May 1, 2024, the Bank received a call, on a recorded line, from a woman who identified herself as SINGH, gave SINGH's Social Security number, and referenced Beattie Roofing, Inc. I have listened to the call recording.

13. On or about May 6, 2024, SINGH entered the Bank's Westborough branch and made a counter withdrawal. The Bank's surveillance captured images of SINGH in the branch that day. An example appears below, with a detail of SINGH's head and upper body.






14. On or about May 7, 2024, SINGH entered the Bank's Shrewsbury branch and deposited U.S. Treasury check number 4045-42620586, payable to Beattie Roofing Inc. in the amount of $536,214.43, into the 9989 Account. The check memo reads "BEAT OGDEN 12/2022

F-1041 REF 05." Based on my training and experience investigating tax fraud, I know this memo refers to a Form 1120 filed for the year 2022 that the IRS processed at its service center in Ogden, Utah. An image of the check appears below.



States Treasury 15-51 000 B 464,758,337

Check No.

[redacted]

4045 42620586
20240712900000

Pay to the order of
BEATTIE ROOFING INC
[redacted]

$**536214*43

VOID AFTER ONE YEAR

BEAT OGDEN 12/2022 F-1041 REF 05
35,745.43 INT 336 DAYS

[redacted]

15. IRS records show that Beattie Roofing Inc. has never filed a Form 1041 or a tax return of any kind, especially one that would generate a tax refund.

16. IRS records show that the U.S. Treasury actually issued U.S. Treasury check number 4045-42620586 to a California financial trust, not to Beattie Roofing Inc., based on a 2022 Form 1041, U.S. Income Tax Return for Estates and Trusts, that the trust filed. As noted above, Beattie Roofing Inc. is not a trust and did not exist in 2022.

17. I spoke with the trustee of the California trust who told me, in substance, that neither SINGH nor Beattie Roofing Inc. have ever been agents of the trust and that he had no knowledge of either.

18. On or about May 11, 2024, the Bank received another call, on a recorded line, from a woman who identified herself as SINGH, by name and using SINGH's Social Security number. I have also reviewed the recording of this call, and I believe that the woman on the May 11, 2024 call was the same woman who called the Bank on May 1, 2024. On the call, SINGH said, in

substance, that she could not use her debit card on her account, and a Bank representative told SINGH that she would have to come into the Bank to resolve a freeze on her account that resulted from a "suspicious check." SINGH did not comment on or substantively respond to the Bank representative's statement about the check.

19. Based on the information provided above, there is probable cause to believe that on or about May 7, 2024, SINGH stole or knowingly converted to her use or the use of another a record, voucher, money, or thing of value of the United States or of any department or agency thereof, specifically U.S. Treasury check number 4045-42620586 in the amount $536,214.43.

Sworn to under the pains and penalties of perjury,

Respectfully submitted,

Robert Quan
Special Agent
Internal Revenue Service
Criminal Investigation

Subscribed and sworn to before me telephonically pursuant to Rule 4.1(a) on **June 4, 2025.**

Hon. JENNIFER C. BOAL
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS