**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ______ **Category No.** II **Investigating Agency** IRS

**City** Framingham

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______

Same Defendant ______ New Defendant ______

Magistrate Judge Case Number 25-mj-7243-JCB

Search Warrant Case Number ______

R 20/R 40 from District of ______

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number See below ☑ Yes ☐ No

**Defendant Information:**

Defendant Name Amarpreet Singh Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ______

Address: ______

Birth date (Yr only): 1992 SSN (last 4#): 8947 Sex: F Race ______ Nationality: ______

**Defense Counsel if known:** Daniel Cloherty Address: One Financial Center Suite 1120, Boston MA 02111

Bar Number: 565772

**U.S. Attorney Information**

AUSA: Kriss Basil Bar Number if applicable: 673074

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☑ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:** ______

**Arrest Date:** ______

☐ Already in Federal Custody as of ______ in ______.

☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial

☑ On Pretrial Release: Ordered by: Hon. Jennifer C. Boal on 06/09/2025

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 7/28/2025 Signature of AUSA: */s/ Kriss Basil*

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Amarpreet Singh

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 1 |
| Set 2 | 18 U.S.C. § 641 | Theft of Government Funds | 2 |
| Set 3 | 18 U.S.C. § 1344 | Bank Fraud | 3 |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | -- |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Related cases: 25-mj-7239-7242; 7244-7246-JCB; 25-cr-10267-DJC